UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Apollo Securities Litigation | No. 1:88-cv-01592-MLW |

## [PROPOSED] ORDER AUTHORIZING *CY PRES* DISPOSITION OF UNCLAIMED SETTLEMENT FUNDS

Upon Plaintiffs' Motion for an Order Authorizing *Cy Pres* Disposition of Unclaimed Settlement Funds and the memorandum in support thereof, together with exhibits, and good cause appearing:

IT IS HEREBY ORDERED that the balance of $2,295.45 remaining in the net Settlement Fund may be contributed to the Taxpayers Against Fraud Education Fund; and that, upon such contributions having been made, the settlement administration in this litigation shall be concluded.

Dated: August 11, 2021

_____
United States District Judge